IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3274-D

| | |
|---|---|
| LAWRENCE LEVON JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEVEN A. KOPCSAK, ) | |
| ) | |
| Defendant. ) | |

On November 10, 2025, Lawrence Levon Jones ("Jones" or "plaintiff"), a federal inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 [D.E. 1]. On November 14, 2025, Magistrate Judge Jones directed Jones to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit, warned Jones that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See [D.E. 3].

Jones sought and obtained an extension of time to respond [D.E. 4, 5], but failed to comply with Magistrate Judge Jones's order, and the time within which to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 15 day of January, 2026.

JAMES C. DEVER III
United States District Judge